IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00826-EWN-MJW

GREGORY PETERSON, et al.,

Plaintiffs,

v.

ZENO BEATTIE, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Motion for Order to Allow Attendance at Pretrial Conference by Telephone or to Change Date to October 11 or October 12, 2006, DN 43, filed with the Court on October 4, 2006, is GRANTED. The Plaintiffs' counsel shall initiate a conference call to all parties and then contact the Court on October 16, 2006, at 10:00 a.m. (Mountain Time) by calling (303) 844-2403, in order to conduct their Preliminary Pretrial Conference with the Court.

Date:  October 5, 2006