IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00826–EWN–MJW

GREGORY PETERSON, next friend of ZACHARY PETERSON and
MARIA PETERSON,

    Plaintiffs,

v.

ZENO BEATTIE,
JOHN DOES 1-10,
JANE DOES 1-10,
DOE CORPORATIONS 1-10,
DOE PARTNERSHIPS 1-10,
DOE NON-PROFIT ENTITIES 1-10,
DOE GOVERNMENTAL ENTITIES 1-10,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Joint Stipulated Motion for Dismissal with Prejudice as to Defendant Robert Beattie Only" filed October 18, 2006. The court having read the Joint Stipulated Motion filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 18th day of October, 2006.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge