IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00826–EWN–MJW

GREGORY PETERSON, next friend of ZACHARY PETERSON and
MARIA PETERSON,

      Plaintiffs,

v.

ZENO BEATTIE,
JOHN DOES 1-10,
JANE DOES 1-10,
DOE CORPORATIONS 1-10,
DOE PARTNERSHIPS 1-10,
DOE NON-PROFIT ENTITIES 1-10,
DOE GOVERNMENTAL ENTITIES 1-10,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Plaintiffs' & Defendant's Joint Motion to Dismiss" filed February 27, 2007. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 28th day of February, 2007.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge